HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant.— Order denying defendant's motion for the issuance of commissions reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. We are of opinion that the issuance of the commissions properly follows our determination in *Clarke* v. *Peters* (*ante*, p. 771), decided herewith, that the pleadings presented an issue to be tried. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

LOUIS FISHGOLD, Respondent, v. SAMUEL TURNER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

MARY GALANTE, an Infant, etc., by VITO GALANTE, Her Guardian ad Litem, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment, and order denying plaintiff's motion to set aside the verdict and for a new trial, reversed upon the law and new trial granted, costs to abide the event, upon the ground of the impropriety of the remark made by the trial justice at folio 147, which remark was, in our opinion, prejudicial to plaintiff's cause. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

HERMAN GERKA, Appellant, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

EDWARD L. GOODSELL, Appellant, v. THE MAIL AND EXPRESS COMPANY, Respondent.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event. While we are of opinion that the published article was a fairly accurate report of the proceedings in the Magistrate's Court, privileged under the provisions of section 337 of the Civil Practice Act, we think it cannot be said as matter of law that the head lines of the article, read in connection therewith, are not libelous. This was for the jury. Young, Rich, Kapper and Hagarty, JJ., concur; Seeger, J., dissents.

EDWARD L. GOODSELL, Appellant, v. THE NEWS SYNDICATE Co., INC., Respondent.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event, upon authority of *Goodsell* v. *Mail & Express Co.* (*ante*, p. 772), decided herewith. Young, Rich, Kapper and Hagarty, JJ., concur; Seeger, J., dissents.